UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK FULTZ, Individually, and :
ACCESS 4 ALL, INC., a Non-Profit :
Corporation, :
 :
    Plaintiffs, : Case No.: 2:19-cv-13304-PDB-DRG
 :
vs. :
 :
ABIGAIL HOTELS, LLC, :
a Michigan Limited Liability Company, :
 :
    Defendant.

## ORDER OF DISMISSAL

Plaintiffs, Mark Fultz and Access 4 All, Inc., and the Defendant, Abigail Hotels, LLC, (collectively, "the Parties"), having submitted a stipulation indicating this matter has been resolved and desiring that it be dismissed with prejudice and without award of costs or attorney fees to either party, and the Court being otherwise advised in the premises,

It is hereby **ORDERED**, that this action is dismissed with prejudice, and with the parties to bear their own costs and attorney fees. This is a final order that disposes of all matters and closes the case.

    s/Paul D. Borman
    HON. PAUL D. BORMAN
    United States District Judge

    Date: June 8, 2020

**Error! Unknown document property name.**